# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Nicole M Tackes          Case #: 24-10289

Debtor Information:            Spouse Information:
SS#: XXX-XX-0397               SS#:
Addr: 3902 Milwaukee Street, #7605    Addr:
     Madison, WI 53707
County: DANE                   County:

Debtor's Attorney: NOE RINCON           Date Filed: 02/16/2024
341 Meeting Date: 03/26/2024   Adjourned 341 Date:    Schedules Filed:
Tape #: 11                              Plan Filed: 03/15/2024
                                        Amd Plan Filed: 03/15/2024

**Appearances:** Debtor: WDL,SS, y
                 Attorney: y
                 Creditors: _____

## 1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:

A. New Employment: _____
B. New Address:
C. Other: _____

## 2. ELIGIBILITY / DEBT ANALYSIS:

A. Eligible under Section 109(e)?    Y

B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 4,500.00 |
| Unsecured | 118,016.23 |
| Refund | 0.00 |
| Secured | 19,548.72 |
| Case Costs | 0.00 |
| Total Debt | 142,064.95 |

C. Does Debtor have Regular Income?    Y

D. Prior Bankruptcies: _____

E. DSO's:   Y _____  N _____
   _____

F. Tax Returns
   23

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Refund Amt | State Tax Return Received On | Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2022 | 21,504.00 | 3,308.00 | | 10,072.00 | | 2,728.00 | 6,641.00 | 2,851.00 | 0.00 |

G. Self Employment

| | |
|---|---|
| Is Debtor Self Employed? | N |
| Does Debtor Incur Trade Debt? | Y _____ N _____ |
| Did Debtor Complete Business Trade Questionnaire? | Y _____ N _____ |
| Will a Monthly Operating Report be Required? | Y _____ N _____ |

**3. MONTHLY BUDGET:**

| | | | |
|---|---|---|---|
| Budgeted Income | 3402.81 | Available for Plan | 352.81 |
| Budgeted Expenses | 3050.00 | Plan Payments | 346.52 |
| Available for Plan | 352.81 | Excess | 6.29 |

A. Does Budget appear reasonable?  Y

-DEBTOR DOES NOT HAVE PERMANENT HOUSING (LIVING AT A HOTEL), BUDGET INCLUDES AN EST AS SHE IS TRYING TO OBTAIN HOUSING. PER SOFA#22 STORING ALL HHGs- gets some living assistance from co/state

-YOUNGEST DEP IS AGE 3, NO CHILDCARE OR EDUC COSTS FOR 3 TEEN DEPs- at day care - gets assistance
-$0 VEHICLE INSURANCE- has
-CHILD SUPPORT REC'D? - gets $260 a month or lately it is $230

B. Means Test: Is all disposable income applied? (Sec 1325(b)(1)(B))   Y

- SOFA#23 DEBTOR'S CHILD HAS 1/6 INTEREST IN PROBATE ESTATE - INDICATES VALUE OF ASSETS $22,662.04 HOWEVER DEBTS TO PAY OUT PRIOR TO DISTRIBUTION. ASSUME DEBTOR HAS NO INTEREST- Nothing in her name (debtor's). Distribution waits till he is 18

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

-ALL INCOME SOURCES STEADY?($1531/MO TIPS)- yes and yes
-PAYING FOR 2014 GMC ACADIA W/ 200,000 MILES - RELIABLE?- yes

**4. PLAN:**

A. Number of months the Plan is expected to last:  56

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 3/17/2024 | 4/16/2024 | 100.00 | MONTHLY | DEBTOR |
| 4/17/2024 | 11/16/2028 | 351.00 | MONTHLY | DEBTOR |

B. Total to be paid into the Plan: 19405.00

C. Approximate percentage to Unsecureds: 0

D. Source of Income: PEGASUS RESTAURANT GROUP & TIPS + SON'S SSI + FOODSHARE

   Spouse income: _____

E. Wage Order Sent To: DEBTOR -MTD & WD- -

F. Payments received to Date: $100.00
   Will debtor commence payments within 30 days after the plan has been filed? Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3) Y
   If "No", plan cannot be confirmed.

H. Attorney Fee Requested  4500.00    Paid to Date: _____
   Balance Due Under Plan    4500.00   Approximate months to pay:  56.00
      Trustee recommends amount requested?  Y
      If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?  Y
   -AMERICAN CREDIT SEC POC NOT PROVIDED FOR AND WILL NOT BE PAID- That is correct is for an old car that was repo'd

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5) N
   -OBJ TO CONF FILED BY AMERICAN CREDIT

K. Does the plan provide for full payment of Priority Debt?  Y
   -NONE

L. Was a Liquidation Analysis Provided By the Debtor? (Sec 1325(a)(5))  N
   Unsecureds Do Better Under Chapter: 13

| Under Chapter 7 | | Under Chapter 13 | |
|---|---|---|---|
| Assets: | 20519.50 | Total Paid To Plan: | 19405.00 |
| Admin, Security, Priority (ASP) | 24048.72 | A.S.P. Debt: | 24048.72 |
| | | Less Direct: 69785.00 | -45736.28 |
| Exemptions: | 15403.50 | Trustee Fee on Net A.S.P: | -3231.90 |
| Available for UnSec: | -18932.72 | Amt Avail for Unsec: | 68373.18 |

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

NELNET
Claim Ref Number: 19
Reason: to be pd direct after the ch 13
Objection Filed? No

Scheduled for: 69,785.00
Scheduled as: DIRECT

Filed for: 0.00
Filed as: Not Filed
Filed date:

### Secured

AMERICAN CREDIT ACCEPTANCE
Claim Ref Number: 10
Reason: vehicle deficiency - filed as secured
Objection Filed? Yes

Scheduled for: 7,200.80
Scheduled as: Secured

Filed for: 0.00
Filed as: Secured
Filed date: 2/20/2024

| | | | | |
|---|---|---|---|---|
| STATE OF WI DEPT OF CHILDREN & FAMI | Scheduled for: | 7,231.92 | Filed for: | 7,231.92 |
| Claim Ref Number: 8 | Scheduled as: | Secured | Filed as: | Secured |
| Reason: real & pers prop - valuation sec but paying lien amt? | | | Filed date: | 3/11/2024 |
| Objection Filed? No | | | | |
| CAPITAL ONE AUTO FINANCE | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: 7 | Scheduled as: | Secured | Filed as: | Secured |
| Reason: 2014 GMC - filed early | | | Filed date: | 3/15/2024 |
| Objection Filed? No | | | | |
| CAPITAL ONE AUTO FINANCE | Scheduled for: | 5,116.00 | Filed for: | 0.00 |
| Claim Ref Number: 5 | Scheduled as: | Secured | Filed as: | Not Filed |
| Reason: 2014 GMC ACADIA-VALUATION | | | Filed date: | |
| Objection Filed? No | | | | |

### 7

| | | | | |
|---|---|---|---|---|
| US BANKRUPTCY COURT | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: 4 | Scheduled as: | Case Costs | Filed as: | Not Filed |
| Reason: | | | Filed date: | |
| Objection Filed? No | | | | |

### 8

| | | | | |
|---|---|---|---|---|
| DEBTOR | Scheduled for: | | Filed for: | |
| Claim Ref Number: 2 | Scheduled as: | Refund | Filed as: | Refund |
| Reason: | | | Filed date: | 2/16/2024 |
| Objection Filed? No | | | | |
| DEBTOR | Scheduled for: | 0.00 | Filed for: | 0.00 |
| Claim Ref Number: 3 | Scheduled as: | Refund | Filed as: | Not Filed |
| Reason: | | | Filed date: | |
| Objection Filed? No | | | | |

### Attorney

| | | | | |
|---|---|---|---|---|
| NOE RINCON | Scheduled for: | 4,500.00 | Filed for: | |
| Claim Ref Number: 1 | Scheduled as: | Attorney | Filed as: | Not Filed |
| Reason: | | | Filed date: | |
| Objection Filed? No | | | | |

## 6. TRUSTEE RECOMMENDATIONS:

Does Trustee Recommend Confirmation?    N

_____

Trustee Comments:
    { 4J }
    - OBJ TO CONF FILED BY AMERICAN CREDIT

Date Completed:    04/02/2024

/s/
Mark Harring
Standing Chapter 13 Trustee